United States District Court
Southern District of Texas

**ENTERED**

June 23, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Numan Qambari, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2547 |
| | § | |
| Mark Wayne Mullin, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER EXTENDING RESPONSIVE DEADLINE

Before the Court is Respondents' Motion for an Extension of Time to respond to the Petitioner's habeas petition. Doc. 9. The motion is GRANTED. Respondents shall file an answer or other response to the petition by June 29, 2026.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 23rd of June, 2026.

_____
Nicholas J. Ganjei
United States District Judge